IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Patrick Keller and Nitish Lal, | ) | |
| on behalf of Plaintiffs and a class | ) ) ) ) | |
| Plaintiffs, | ) ) | 21 cv 3389 |
| v. | ) ) ) | Hon. Sharon Johnson Coleman |
| | ) | Magistrate Judge Sunil R. Harjani |
| Northstar Location Services, LLC | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SETTLEMENT

Plaintiffs, Patrick Keller and Nitish Lal, by and through their attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve the case on an individual basis. Plaintiff expects to complete the settlement within the next 60 (sixty) days and file a Stipulation to Dismiss with prejudice.

In consideration thereof, the Parties respectfully request that this Court strike all pending dates and deadlines in this matter including, but not limited to, the October 8, 2021 deadlines for Parties' Joint Status Report and Defendant's deadline to file a responsive pleading, as well as the status hearing set for October 13, 2021.

                      Respectfully submitted,

                      */s/ Dulijaza Clark*
                      Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
Julia Ozello
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603

(312) 739-4200
(312) 419-0379 (Fax)

Paul Gamboa
GORDON & REES LLP
One North Franklin; Suite 800
Chicago, Illinois 60606
Tel: (312) 619-4937
Fax: (312) 565-6511

**COUNSEL FOR NORTHSTAR LOCATION SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on October 8, 2021, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which shall cause delivery via email to all counsel of record.

                                                  */s/ Dulijaza Clark*
                                                  Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
Julia Ozello
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com